COURT MEMO
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MELISSA HUGHES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-4425-CV-C-WAK |
| RAINBOW USA, INC., | ) |
| Defendant. | ) |

CERTIFICATE OF OFFICER & STATEMENT OF COSTS

Transcript of Deposition of CRAIG BOCK
December 13, 2006

Name & address of person or firm having custody of the original transcript: KIRK D. HOLMAN, 1600 Genessee Street, Suite 852, Kansas City, Missouri 64102:

TAXED IN FAVOR OF: Plaintiff, represented by KIRK D. HOLMAN: Attendance, original & copy of transcript,

Total.....$ 186.50

TAXED IN FAVOR OF: Defendant, represented by NICOLE HININGER: Copy of transcript,

Total.....$ 70.50

TAXED IN FAVOR OF: Witnesses, Wendy Lovelace & Craig Bock, represented by JEFFREY PARSHALL: Copy of transcript,

Total.....$ 55.50

```
 1  Upon delivery of transcripts, the above charges had not yet
    been paid.  It is anticipated that all charges will be paid
 2  in the normal course of business.

 3              SHELLY L. STEWART, CCR, CSR
                  CERTIFIED COURT REPORTER
 4              CAPITAL CITY COURT REPORTING
                        P. O. Box 446
 5             Jefferson City, Missouri  65102
         (573) 761-4350  or the Lake (573) 365-5226
 6
    IN AFFIRMATION THEREOF, I have hereunto set my hand on this
 7  21st day of December 2006.
```

*[Signature: Shelly J. Stewart]*

SHELLY L. STEWART, CCR, CSR
Capital City Court Reporting

Shelly L Stewart - Notary Public
Notary Seal for State of
Missouri - Cole County
My Commission Expires 5/31/2008

CAPITAL CITY COURT REPORTING
JEFFERSON CITY 573-761-4350 ** THE LAKE 573-365-5226
35