# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTES OF CONFERENCE

HUGHES

**CASE NUMBER:** 05-4425-CV-C-WAK

v.

**DATE:** 5/14/07

RAINBOW USA, INC.

**HONORABLE William A. Knox** presiding at Jefferson City, Missouri

    **Time Commenced:** 12:59 PM     **Time Concluded:** 1:55 PM

**APPEARANCES FOR PLAINTIFF:** Kirk Holman & Anne Schiavone
**APPEARANCES FOR DEFENDANTS:** Anthony Byergo & Nicole Hininger

**REMARKS:**

    Conference held regarding upcoming trial. Trial expected to last four days. Pending motions in limine ruled.

CRD/Court Reporter: Laura Bax