# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTES OF 2nd Day of Trial

HUGHES

**CASE NUMBER:** 05-4425-CV-C-WAK

v.

**DATE:** 5/22/07

RAINBOW USA, INC.


**HONORABLE William A. Knox** presiding at Jefferson City, Missouri

**Time Commenced:** 9:10 AM    **Time Concluded:**

**APPEARANCES FOR PLAINTIFF:** Kirk Holman & Anne Schiavone
**APPEARANCES FOR DEFENDANTS:** Anthony Byergo & Nicole Hininger

**REMARKS:**

Plaintiff's evidence continued at 9:10 AM. Recess 10:40-11:00. Plaintiff's evidence continued. Jury recess at 11:45. Conference held 11:45-11:54. Lunch recess 11:54-1:00. Conference held 12:54-1:00. Trial continued 1:04-1:46. Conference held 1:47-1:53. Trial continued 2:10-3:25. Recess. Conference held 3:35-3:39. Plaintiff's oral motion for a mistrial is denied. Trial continued. Jury recessed at 4:05. Instruction conference held.

WITNESSES:
  Deborah Chambers
  Melissa Hughes
  Craig Bock
  Thomas Poindexter
  Alicia Edmonson
  Yvette Poindexter

CRD/Court Reporter: Laura Bax